RAMSEY & EHRLICH LLP
AMY CRAIG - #269339
amy@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Hever Suarez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEVER SUAREZ, et al,<br><br>　　　　Defendant. | Case No.: 22-cr-00390-RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING SPEEDY TRIAL TIME** |

　　　　With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing the status conference set for November 8, 2022, at 9:30 a.m. to November 29, 2022 at 9:30 a.m. and excluding time under the Speedy Trial Act, 18 U.S.C. 3161(b).

The parties agree, and the Court finds and holds, as follows:

　　　　1.　　The government is still in the process of producing discovery to the defendants.

　　　　2.　　The parties are engaging in settlement discussions and believe that a continuance will afford them the opportunity to attempt to resolve this matter and set this matter for changes of plea at the next appearance before this court.

　　　　3.　　The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
22-cr-00390-RS

4. The Court finds that the ends of justice served by excluding the period from November 8, 2022 through November 29, 2022, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

5. Accordingly, and with the consent of the defendants, the Court (1) continues the status conference from November 8, 2022, at 9:30 a.m. to November 29, 2022 at 9:30 a.m. and (2) orders that the period from November 8, 2022 through November 29, 2022 be excluded from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:   November 7, 2022            Respectfully submitted,

/s/ Amy E. Craig
Amy Craig
Counsel for Defendant
HEVER SUAREZ[1]

/s/ Elisse Larouche
Elisse Larouche
Counsel for Defendant
MAYCOL REYES-ALEMAN

DATED:   November 7, 2022            /s/   Charles Bisesto
Charles Bisesto
Christina Liu
Assistant United States Attorneys

IT IS SO ORDERED

Dated: November 7, 2022

THE HONORABLE RICHARD SEEBORG
United States District Court Judge

---

[1] Counsel for Defendant Bayron Flores is out of the country and asked the undersigned counsel to appear for him at the hearing on November 8, 2022 and agree to a future status conference.

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
22-cr-00390-RS