STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-00390-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM DECEMBER 20, 2022 TO JANUARY 3, 2023 |
| v. | |
| BAYRON FLORES, | |
| MAYCOL REYES-ALEMAN, and | |
| HEVER SUAREZ | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Charles Bisesto, and defendants Bayron Flores, Maycol Reyes-Aleman and Hever Suarez ("Defendants"), by and through their respective counsels of record hereby stipulate as follows:

    1.    On October 4, 2022, a four-count criminal Indictment was filed with the Court, charging Defendants with violations of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C), conspiracy to distribute and possess with intent to distribute fentanyl and heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(c), possession

with intent to distribute and distribution of fentanyl and heroin, and 21 U.S.C. § 843(b), unlawful use of a communication facility.  *See* Dkt. 52.

2. On October 6, 2022, Defendant Hever Suarez was arraigned on the Indictment in Magistrate Court.  His matter was set for a status conference in District Court on November 8, 2022.  *See* Dkt. 55.  On October 12, 2022, Defendants Bayron Flores and Maycol Reyes-Aleman were arraigned on the Indictment in Magistrate Court.  Their matters were also set for a status conference date of November 8, 2022 in District Court.  *See* Dkts. 57 and 58.

3. This matter is currently set for a status conference on December 20, 2022.

4. All three defendants are currently working with the government towards an early resolution of the matter.  The parties are hopeful that additional time will assist in making progress towards a plea agreement.  Additionally, counsel continues to review the large amount of discovery produced in this case.

5. For these reasons, all parties are requesting a further status conference date of January 3, 2023.  Additionally, the parties agree that excluding time until the January 3, 2023 court date will allow for effective preparation of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from December 20, 2022 through January 3, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case.  *See id.*

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 16, 2022                             /s/
                                                CHARLES F. BISESTO
                                                Assistant United States Attorney

DATED: December 16, 2022                             /s/
                                                RUBEN MUNOZ
                                                Counsel for Defendant Bayron Flores

STIPULATION TO EXCLUDE TIME AND  ORDER Case No. CR
22-390 RS                                                                                                    v. 7/10/2018

DATED: December 16, 2022

/s/
ELISSE LAROUCHE
Counsel for Defendant Maycol Reyes-Aleman

DATED: December 16, 2022

/s/
AMY CRAIG
Counsel for Defendant Hever Suarez

# ORDER

Based upon the representations of counsel and for good cause shown, the Court continues the status conference date from December 20, 2022 to January 3, 2023.  The Court further finds that failing to exclude the time from December 20, 2022 through January 3, 2023 would unreasonably deny defense counsel and Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from December 20, 2022 through January 3, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.  *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 20, 2022 through January 3, 2023 shall be excluded from computation under the Speedy Trial Act.  *See id.*

IT IS SO ORDERED.

DATED: December 19, 2022

HON. RICHARD SEEBORG
United States Chief District Judge