1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHARLES F. BISESTO (CABN 271353)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6405
7      FAX: (415) 436-7234
       Charles.Bisesto@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CASE NO.: 22-CR-390-RS
                                            )
14 |         Plaintiff,                     ) STIPULATION AND ORDER TO CONTINUE
                                            ) CHANGE OF PLEA AND EXCLUDE TIME
15 |    v.                                  ) FROM FEBRUARY 21, 2023 TO MARCH 21,
                                            ) 2023
16 | BAYRON FLORES,                         )
                                            )
17 |         Defendant.                     )
                                            )
18 |                                        )
                                            )
19

20      Plaintiff United States of America, by and through its counsel of record, the United States

21 Attorney for the Northern District of California and Assistant United States Attorney Charles Bisesto,

22 and defendant Bayron Flores ("Defendant"), by and through his counsel of record, Ruben Munoz,

23 hereby stipulates as follows:

24      1.   On October 4, 2022, a four-count criminal Indictment was filed with the Court, charging

25 Defendant with violations of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C), conspiracy to distribute and

26 possess with intent to distribute fentanyl and heroin, and 21 U.S.C. § 841(a)(1) and (b)(1)(c), possession

27 with intent to distribute and distribution of fentanyl and heroin. *See* Dkt. 52.

28

2.     On October 12, 2022, Defendant was arraigned on the Indictment in Magistrate Court. His matter was set for a status conference in District Court on November 8, 2022. *See* Dkt. 57.

3.     This matter is currently set for a change of plea on February 21, 2023.

4.     The parties are currently finalizing the plea agreement and need a brief continuance to sort out small details in the document prior to submitting the agreement to the Court for review. Once the agreement is finalized, Defendant will need time to review the agreement with his attorney. Additionally, government counsel is on family leave through March 6.

5.     For these reasons, the parties are requesting a further change of plea date of March 21, 2023. Additionally, the parties agree that excluding time until the March 21, 2023 court date will allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 21, 2023 through March 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 17, 2023

/s/
CHARLES F. BISESTO
Assistant United States Attorney

DATED: February 17, 2023

/s/
RUBEN MUNOZ
Counsel for Defendant Bayron Flores

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 22-390 RS

v. 7/10/2018

# ORDER

Based upon the representations of counsel and for good cause shown, the Court continues the change of plea date from February 21, 2023 to March 21, 2023. The Court further finds that failing to exclude the time from February 21, 2023 to March 21, 2023 would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 21, 2023 to March 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 21, 2023 through March 21, 2023 shall be excluded from computation under the Speedy Trial Act. *See id.*

IT IS SO ORDERED.

DATED: February 17, 2023

HON. RICHARD SEEBORG
United States Chief District Judge

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 22-390 RS

v. 7/10/2018